UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


ANTONIO HARLEY,                                )
                                               )
            Plaintiff,                         )
                                               )          **JUDGMENT IN A CIVIL CASE**
       v.                                      )
                                               )          **CASE NO. 5:14-CV-853-D**
CAROLYN W. COLVIN, Acting Commissioner of      )
Social Security,                               )
                                               )
            Defendant.                         )


**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's objections to the M&R are
OVERRULED, plaintiff's motion for judgment on the pleadings is DENIED, defendant's motion
for judgment on the pleadings is GRANTED, defendant's final decision is AFFIRMED, and this
action is DISMISSED. The clerk shall close the case.


<u>**This Judgment Filed and Entered on January 11, 2016, and Copies To:**</u>

Jonathan Blair Biser                    (via CM/ECF Notice of Electronic Filing)

Gabriel R. Deadwyler                    (via CM/ECF Notice of Electronic Filing)




DATE:                                   JULIE RICHARDS JOHNSTON, CLERK

January 11, 2016                        (By) /s/ Crystal Jenkins
                                         Deputy Clerk